STATE OF NEW YORK  UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
DOCUMENTS SERVED WITH INDEX#: 08CIV.0184    AND FILED ON    1/9/2008

| | |
|---|---|
| DOROTHY SILVA<br><br>Vs.<br><br>TOWN OF MOUNT KISCO | Plaintiff(s)/Petitioner(s)<br><br>Defendant(s)/Respondent(s) |

STATE OF: NEW YORK                                                                )
                                                                                                    ) SS
COUNTY OF WESTCHESTER                                                      )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On __2/28/2008__ at __1:36PM__, deponent did serve the within process as follows:

Process Served:

Party Served: SUMMONS, COMPLAINT, JURY TRIAL DEMANDED, INDIVIDUAL PRACTICES OF Judge Robinson
TOWN OF MOUNT KISCO                                                                                                 (herein called recipient)
                                                                                                                                              therein named.
At Location: 104 MAIN STREET

MOUNT KISCO NY 10549

By delivering to and leaving with __JIM PALMER__ and that deponent knew the person so served to be the __VILLAGE MANAGER__ of the corporation and authorized to accept service..

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

| Sex | M | Color of Skin | WH | Color of Hair | BROWN |
|---|---|---|---|---|---|
| Age | 45/50 | Height | 5'8" | | |
| Weight | 150/160 | Other Features | GLASSES | | |

Sworn to before me on __2/28/2008__

_[signature]_ Gary Williams

Gary Williams
Server's License#:

Notary _____ New York
_____ County
Commission Expires _____ 30, 2010